UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JONATHAN LAATEN WORTH,

    Plaintiff,

v.                                                                      Case No: 8:14-cv-693-T-24MAP
                                                                        8:10-cr-417-T-24-MAP

USA,

    Defendant.
_____

## ORDER

    This cause comes before the Court on Petitioner's motion for reconsideration of the denial of his motion filed pursuant to Title 28 U.S.C. § 2255 (Dkt. 20), request for stay (Dkt. 22), and request for issuance of a subpoena (Dkt. 23). The Court, having reviewed the motions, and being otherwise advised, concludes that the motions should be denied.

    In his motion for reconsideration, Petitioner argues that the Court committed clear error and manifest injustice by failing to comply with Supreme Court precedent and Eleventh Circuit authority, and by denying the § 2255 motion. There are three major grounds justifying reconsideration: (1) an intervening change in controlling law; (2) the availability of new evidence; and (3) the need to correct clear error or to prevent manifest injustice. *Sussman v. Salem, Saxon & Nielsen, P.A.,* 153 F.R.D. 689, 694 (M.D.Fla.1994) (citations omitted). Reconsideration, or rehearing, is "an extraordinary remedy to be employed sparingly in the interests of finality and conservation of scarce judicial resources." *Int'l Union of Painters v. Argyros,* No. 05–1661, 2007 WL 1577840, at *1 (M.D.Fla. May 31, 2007) (citations and quotations omitted).

    In the instant motion for reconsideration, Petitioner has re-stated the same arguments and grounds for relief that the Court considered and rejected in its prior order denying Petitioner's §

2255 motion. As such, reconsideration is not warranted, and Petitioner's motion must be denied. Accordingly, it is **ORDERED AND ADJUDGED** that Petitioner's motion for reconsideration (Dkt. 20) is **DENIED**. Petitioner's related request for stay (Dkt. 22) and request for issuance of a subpoena (Dkt. 23) are **DENIED** as moot.

**DONE AND ORDERED** at Tampa, Florida, this 23rd day of March, 2015

SUSAN C. BUCKLEW
United States District Judge

Copies To: Counsel of Record and Parties