UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JONATHAN L. WORTH,

    Petitioner

v.                                                                      Case No.:  8:14-cv-693-T-24MAP

UNITED STATES OF AMERICA,

    Respondent.
_____/

## ORDER ON REMAND

This case is before the Court upon limited remand from the Eleventh Circuit for the purpose of determining whether Jonathan L.Worth merits an extension of the appeal period under Federal Rule of Appellate Procedure 4(a)(5).  The Court finds that he does not.

Rule 4(a)(5) provides that the district court may extend time to file a notice of appeal if a party so moves no later than 30 days after the time prescribed by Rule 4(a) expires and the party shows excusable neglect.  Here, Worth had 60 days from January 13, 2015 to file his notice of appeal.  (The Court denied the 28 U.S. C. section 2255 motion on January 12, 2015 and judgment was entered on January 13, 2015.).  Worth filed his notice of appeal on May 22, 2015, over two months beyond the time allowed for filing a notice of appeal.

On March 12, 2015, Worth moved for a stay of the filing of his notice of appeal pending the Court's consideration of Worth's motion for reconsideration.  However the Court denied that motion. On March 23, 2015 the Court denied Worth's motion for reconsideration and his motion for stay of the filing of a notice of appeal finding the motion for reconsideration was meritless in

that it was simply a rehash of the same arguments Worth had made in his section 2255 motion, which were also meritless.

Worth has not shown good cause or excusable neglect that merits an extension of the appeal period under Rule 4(a)(5).

**DONE AND ORDERED** at Tampa, Florida, this 15th day of January, 2016.

SUSAN C. BUCKLEW
United States District Judge

Copy: Eleventh Circuit Court of Appeals